I concur in the judgment quashing the writ and allowing the Court of Criminal Appeals' judgment of reversal to stand, *Page 1155 481 So.2d 1151, because it is the function of the parties and not of the Court to formulate the issues. The State has conceded the invalidity of the only issue raised in its petition for the writ; thus, nothing is presented for our review.
This does not mean, however, that this Court is bound by the State's concession that vehicular homicide is not a lesser included offense as to murder. Indeed, this Court has this date held that in appropriate factual contexts vehicular homicide (Code 1975, § 32-5A-192) is a lesser included offense as to murder (§ 13A-6-2). Ex parte Jordan, [MS. 84-621, January 10, 1986] (Ala. 1986).